# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KEVIN and SHERRIE LEGENDRE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:13-cv-00111** |
| ) | |
| REDLINE RECOVERY SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: April 25, 2013     BY:/s/Angela K. Troccoli
                          Angela K. Troccoli, Esquire
                          Attorney ID # 18539
                          Kimmel & Silverman, P.C.
                          The New England Office
                          136 Main Street, Suite 301
                          Danielson, CT 06239
                          Phone: (860) 866-4380
                          Email: atroccoli@creditlaw.com
                          Attorney for Plaintiff